1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant ALEXANDER

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10 | UNITED STATES OF AMERICA,    )   No. CR-11-00623 SBA
                                  )
11 |         Plaintiff,            )   STIPULATED REQUEST TO CONTINUE
                                  )   HEARING DATE TO NOVEMBER 14,
12 |   v.                          )   2011 AND TO EXCLUDE TIME UNDER
                                  )   THE SPEEDY TRIAL ACT AND ORDER
13 |                               )
   | BOBBIE RAY ALEXANDER,         )
14 |                               )   Hearing Date: October 17, 2011
   |         Defendant.            )   Time:         10:00 a.m.
15 |                               )
   |_____)

16

17     The above-captioned matter is set on October 17, 2011 before this Court for a status

18 hearing. The parties jointly request that the Court continue the matter to November 14, 2011 at

19 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§

20 3161(h)(7)(A) and (B)(iv), between October 17, 2011 and November 14, 2011.

21     On September 1, 2011, the Grand Jury charged Bobbie Ray Alexander as a felon in

22 possession of a firearm, in violation of 18 U.S.C. § 922(g). He faces a statutory maximum of ten

23 years in custody. Mr. Alexander made his initial appearance on September 15, 2011, and the

24 magistrate court detained Mr. Alexander on September 27, 2011.

25     The current status of the case is that the parties are negotiating this matter and anticipate

26 that there will be a negotiated disposition of the case. In the meantime, the government has

produced discovery to the defense and defense counsel needs additional time to review and process the discovery provided and to discuss those materials with her client. The defense also requires additional time to complete its investigation of the circumstances of the offense and to collect Mr. Alexander's prior conviction records to prepare an estimate of his anticipated Guidelines range.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to obtain and review records. For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from October 17, 2011 to November 14, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: October 13, 2011 /S/
WADE RHYNE
Assistant United States Attorney

DATED: October 13, 2011 /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the government has produced discovery in this case and that defense counsel needs time to complete its review the discovery and to discuss the discovery materials with her client;

2. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to obtain records to calculate defendant's sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of October 17, 2011 scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for November 14, 2011 at 10:00 a.m. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from October 17, 2011 to November 14, 2011.

DATED:__10/17/11

_/s/ Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge